IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-3834

UNITED STATES OF AMERICA

v.

MARI ANTHONY,
*Appellant*

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. No. 01-cr-00336-04)
District Judge: Honorable Sylvia H. Rambo

Submitted Under Third Circuit LAR 34.1(a)
October 5, 2004
Before: SLOVITER, BECKER, and STAPLETON, *Circuit Judges*

**JUDGMENT**

This case came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on October 5, 2004. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the District Court entered September 12, 2003, be, and the same is hereby, affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Kathleen Brouwer
Chief Deputy Clerk

DATED: October 12, 2004

Certified as a true copy and issued in lieu
of a formal mandate on __11/3/04__

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit