IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**　　　　　　　　　　CASE NUMBER: 1:01-CR-0336-04

　　　　　　　vs.

**Mari Anthony**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:　U.S. District Court　　　　　　　　***Date and Time: July 14, 2005 @ 11:30 AM**
　　　　Courtroom #3
　　　　228 Walnut Street
　　　　8th Floor, Federal Building
　　　　Harrisburg, PA. 17101

Type of Proceeding: Re-Sentencing

Date: May 24, 2005　　　　　　　　　　　　/s/ Mark J. Armbruster
　　　　　　　　　　　　　　　　　　　　　By: Mark J. Armbruster, Deputy Clerk

CC:　Judge Sylvia H. Rambo
　　　Sanford Krevsky, Esq.
　　　William Behe, AUSA
　　　U.S. Marshal
　　　Federal Probation
　　　Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.