IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:01-CR-336 |
| | : |
| | : |
| v. | : JUDGE SYLVIA RAMBO |
| | : |
| MARI ANTHONY, | : |
| Defendant | : |

TO THE HONORABLE SYLVIA RAMBO, JUDGE OF SAID COURT:

**PETITION FOR WITHDRAWAL**

    **AND NOW,** this 27th day of May, 2005, comes Petitioner Sanford A. Krevsky who Petitions this Honorable Court for Withdrawal of his representation of Defendant Mari Anthony and in support of there of offers the following;

1. Petitioner represented Defendant Anthony on the relative above reference matter up to the entry of the guilty plea;

2. Petitioner is (and has been for sometime) unable to afford private counsel.

3. To protect Petitioner's appellate rights, petitioner filed an appeal on September 18, 2003 on behalf of Defendant Anthony; said appeal was denied however, Defendant Anthony filed an appeal from that denial.

4. Petitioner was unaware of the ongoing appeal until recently when notified of the most recent decision of the Appeals Court dated April 25, 2005.

5. Re-sentencing of defendant pursuant to the District Court's Order is set for July 14, 2005 at 11:30 a.m. Petitioner will be prepared and present to represent defendant for purposes of the re-sentencing.

      **WHEREFORE**, Petitioner requests leave of court to withdrawal as counsel for defendant Mari Anthony.

                                                         Respectfully submitted,

DATE: 5/25/05                                     S/Sanford A. Krevsky
                                                            Sanford A. Krevsky, Petitioner
                                                            1101 North Front Street
                                                            Harrisburg, PA  17102
                                                            (717) 234-4583
                                                           Atty. I.D. 15560

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:01-CR-336 |
| | : |
| v. | : JUDGE SYLVIA RAMBO |
| | : |
| MARI ANTHONY, | : |
|     Defendant | : |

## CONCURRENCE OF CLIENT

I, MARI ANTHONY, am in full concurrence with the Petition for Withdraw filed on behalf of Sanford A. Krevsky, Esquire.


Date:_____                    _____
                                                              MARI ANTHONY