IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-336-04** |
| **v.** | : | |
| **MARI ANTHONY** | : | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** no later than noon on July 12, 2005, Defendant through counsel shall file a statement setting forth the issues he intends to argue at the resentencing proceeding.

                                                                  s/Sylvia H. Rambo
                                                                  SYLVIA H. RAMBO
                                                                  United States District Judge

Dated: June 28, 2005.