IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.1:01-CR-336 |
| | : |
| v. | : JUDGE SYLVIA RAMBO |
| | : |
| MARI ANTHONY, | : |
|     Defendant | : |

## ORDER

      **AND NOW**, this __11th____ day of _____July_____ 2005, upon consideration of Defendant's Motion for Extension of Time and Continuance of Re-Sentencing Hearing, the Court makes the following findings:

(1)    Given the seriousness of this matter, counsel is exploring all pretrial resolutions of this matter;

(2)    The government concurs in a continuance of this matter; and

(3)    Given the representations by private counsel, Sanford A. Krevsky, the Court finds as follows:

    a.    The failure to grant such a Continuance in this proceeding would be likely to result in a miscarriage of justice pursuant to Title 18, United States Code, § 3161 (h)(8)(B)(1); and

    b.    The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Title 18, United States Code, § 3161 (H)(8)(A).

**WHEREFORE, IT IS HEREBY ORDERED** that extension to file a Statement relative to Issues to be argued at Re-Sentencing is extended until the  26th  Day of ____July_____, 2005 and the Re-Sentencing Hearing currently scheduled for Thursday, July 14, 2005 is continued until the ___29th____ day of ___July_____, 2005 at  9:30  a.m in Courtroom No.  3 ,  8th  Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. §316(H)(8)(A) and (B).

BY THE COURT:

 s/Sylvia Rambo
SYLVIA RAMBO,
Middle District of Pennsylvania