## Krevsky & Rosen, P.C.
### COUNSELORS AT LAW
1101 NORTH FRONT STREET
HARRISBURG, PENNSYLVANIA 17102-3324

Sanford A. Krevsky
Lawrence J. Rosen
Kenneth F. Lewis, Of Counsel

Tel. (717) 234-4583
Fax (717) 234-3650

July 29, 2005

*VIA FAX TRANSMITTAL (221-3968) & MAILED:*

THE HONORABLE SYLVIA RAMBO
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING
228 WALNUT STREET
P.O. BOX 11754
HARRISBURG, PA 17108

    Re: USA v. Mari Anthony
        No. 01-336

Dear Judge Rambo:

    As you know, my client, Mari Anthony was re-sentenced before you on July 29, 2005. Mr. Anthony is interested in appealing his sentence received at that time. Mr. Anthony has requested that the Court appoint me to represent his interest relative to the Appeal. I am agreeable to represent Mr. Anthony if I could be appointed on a single case basis; however, if this is not feasible, I would request that I be authorized to withdraw my appearance in this matter to afford Mr. Anthony the opportunity to be represented by the Public Defender. I have previously filed a withdraw of my appearance via ECF; if it is necessary, I will re-file my withdraw of appearance. Toward that end, by copy of this letter to the Federal Public Defender's Office, I am advising of Mr. Anthony's desire to appeal the sentence received on July 29, 2005.

    Upon receipt of this letter, please advise accordingly. Thank you for your attention and consideration. I look forward to hearing from you; until then, I am

        Very truly yours,

        Sanford A. Krevsky

SAK:alr
pc: M