IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

**v.**

**MARI ANTHONY**

: **CRIMINAL NO. 1:01-336-04**

## ORDER APPOINTING COUNSEL

Defendant in the captioned case was resentenced upon remand from the Third Circuit Court of Appeals pursuant to *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005). Attorney Saford A. Krevsky was retained by Defendant to represent him in this case. Defendant, however, does not have the funds to retain counsel for purposes of appeal on the resentencing. Attorney Krevsky is not a member of the CJA panel for the Middle District of Pennsylvania. This court, however, finds that appointing attorney Krevsky for purposes of appeal on the resentencing proceeding will result in a savings to the court..

**IT IS THEREFORE ORDERED THAT:**

1) Attorney Sanford A. Krevsky, 1101 North Front Street, Harrisburg, PA 17102-3324, telephone number (717) 234-4583, is appointed to represent Defendant for the purpose of the appeal on the resentencing proceeding.

2) Attorney Krevsky is advised that his fee and allowable expenses will be limited to those permitted for appeals set forth in *The Guide for Judiciary Policies and Procedures*, Vol. VII, Section A.

3) The Clerk of Court shall prepare the appropriate paperwork and forward it to Attorney Krevsky as soon as possible.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated:  August 3, 2005.