Case 1:01-cr-00336-SHR   Document 422   Filed 08/08/2005   Page 1 of 1

ORIGINAL

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court B Middle District of Pennsylvania (Harrisburg)
District Court Judge: The Honorable Sylvia H. Rambo

FILED
HARRISBURG, PA
AUG 0 8 2005
\_\_\_\_\_ CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : District Court Docket No. 1:01-cr336 |
| MARI ANTHONY,<br>Defendant | : |

Notice is hereby given that Mari Anthony appeals to the United States Court of Appeals for the Third Circuit from a Judgment of Sentence entered on July 29, 2005.

KREVSKY & ROSEN, P.C.

Date: 8/8/05

_____
Sanford A. Krevsky, Esquire
Counsel for Appellant

Sanford A. Krevsky, Esquire
Krevsky & Rosen, P.C.
1101 N. Front Street
Harrisburg, PA 17102
(717)234-4583
Atty. I.D. No. 15560
(717)221-4482

William A. Behe, Assistant U.S. Attorney
United States Attorney's Office
Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754