AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: MARI ANTHONY
Case Number: 1:01-CR-0336-04

Judgment-Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 240 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at _____ a.m./p.m. on _____.
 [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
 [ ] before 2 p.m. on _____.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the probation office.
 [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8-11-05 to F.C.I. McKean _____ at
Bradford, PA _____, with a certified copy of this judgment.

James F Sherman, Warden
United States Marshal

Jody _____ US
Deputy Marshal