UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-3783

———

UNITED STATES OF AMERICA,

v.

MARI ANTHONY,

*Appellant*

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00336-04)
District Judge: Honorable Sylvia H. Rambo

———

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 13, 2007

Before: RENDELL, GREENBERG, and VAN ANTWERPEN, *Circuit Judges*.

———

JUDGMENT

———

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and on consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Judgment of the District Court dated July 29, 2005, is hereby AFFIRMED.

All of the above in accordance with the foregoing opinion of this Court.

                                          Attest:

                                          /s/ Marcia M. Waldron
                                          Clerk

DATED: December 13, 2007