OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
**Clerk**

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4952

www.ca3.uscourts.gov

January 4, 2008

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

**RE: Docket No. 05-3783**
    **USA   vs. Anthony**
    **No. 01-cr-00336**

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:  Carmen M. Hernandez
Case Manager

Enclosure

cc:
    Sanford A. Krevsky, Esq.
    William A. Behe, Esq.